Jeffrey D. Smith, Esq. (Attorney ID#006181996)
**DeCOTIIS, FITZPATRICK & COLE, LLP**
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, New Jersey 07666
Tel: (201) 928-1100
Attorneys for Defendant Lawrence Ackerman

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| 06247 –Board of Trustees of the UAW, Group Health &Welfare Plan, et al., | : |
|---|---|
| | : |
| | : CIV. No. 2:14-cv-06247 |
| Plaintiffs, | : SDW-CLW |
| | : |
| v. | : **ORDER** |
| | : |
| Sergio Acosta, et al, | : |
| Defendants. | : |
| | : |

This matter having been brought before the Court by motion of DeCotiis, FitzPatrick & Cole, LLP, attorneys for defendant Lawrence Ackerman for the entry of an Order dismissing plaintiffs' Complaint; and the Court having considered the motion papers and all opposition thereto; and having heard oral argument of counsel; and for good cause shown:

IT IS on this _____ day of May, 2015,

ORDERED that motion be, and hereby is, granted and the Complaint is hereby dismissed as against Defendant Lawrence Ackerman.

_____
Hon. Susan D. Wigenton, U.S.D.J.

1765617v1